✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

10:32 am, August 29 202
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____CB_____ Deputy

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GABRIEL ANTONIO GONZALEZ MIRANDA,<br><br>**Defendant** | Case No.    1:25-mj-2216-CDA |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jason Merz, a Special Agent the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

### PURPOSE OF THE AFFIDAVIT

1. I am seeking a criminal complaint and arrest warrant for GABRIEL ANTONIO GONZALEZ MIRANDA (*hereinafter* the DEFENDANT) charging him with a violation of 18 U.S.C. §§ 371 and 2314 (conspiracy to engage in interstate transportation of stolen property) that occurred between approximately January 12 and January 29, 2024, within the District of Maryland and elsewhere.

2. Under Title 18 of United States Code section 2314 it is unlawful to transport, transmit, or transfer in interstate or foreign commerce any goods, wares, merchandise, securities or money, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud.

3. Likewise, under Title 18 of United States Code Section 371 it is unlawful for two or more persons to conspire to commit any offense against the United States and one or more of such persons do any act to effect the object of the conspiracy.

**AGENT BACKGROUND**

4. I am an investigative and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code. Specifically, I am a sworn member of the Federal Bureau of Investigation ("FBI") and have been so employed since April 2022.

5. I am currently a Special Agent assigned to the Baltimore Field Office with the Baltimore Organized Crime Drug Enforcement Task Force ("OCDETF") Strike Force. In this role, I am tasked with investigating violent criminal and transnational criminal organizations engaged in violations of federal firearms laws, controlled substances laws, and violent crime in and around the Baltimore Metropolitan Area. Prior to my employment as a Special Agent, I began my career as a sworn law enforcement officer with the City of Los Angeles Police Department ("LAPD") in 2016. While I was a sworn law enforcement officer with the LAPD, I was assigned to patrol and the Special Problems Unit, where I responded and assisted in the investigation of violent crimes, including armed robberies and homicides.

6. During my career I have completed over 800 hours of specialized criminal investigation training and uniformed police training, including full participation and graduation from the Basic Field Training Course at the FBI Academy in Quantico, Virginia, and the LAPD Police Academy.

**PROBABLE CAUSE**

7. This Complaint relates to a spree of residential burglaries committed between January 26 and January 29, 2024, and on February 3, 2024. The burglaries involved the theft of high-end jewelry, watches, and other items with an estimated value of over $100,000. The

2

DEFENDANT participated in a conspiracy to transport these items across interstate lines.

I.     **Burglaries and Attempted Burglaries**

### Victim 1, Lutherville, Maryland

8.     On January 26, 2024, Baltimore County Police Department ("BCPD") responded to a residential burglary alarm at Victim 1's residence in Lutherville, Maryland at approximately 7:14 p.m. When the officers arrived, they observed a broken window in the master bedroom bathroom and shoe marks on one of the HVAC units beneath the broken window. The master bedroom's walk-in closet, chest cabinet, family room, and other bedrooms on the second floor were ransacked. Clothing, jewelry boxes, and papers were on the floor in the master bedroom and a closet door in the master bedroom was broken.

9.     Victim 1 reported approximately $140,000 stolen in the form of seven Louis Vuitton purses, three Burberry purses, miscellaneous jewelry, and cash. The homeowner's Ring security camera's recording function was not working properly, but the system reported unexplained motion at the rear door from 6:18 p.m. until 7:03 p.m.

### Victim 2 and Victim 3, Phoenix, Maryland

10.    On January 27, 2024, Victim 2 in Phoenix, Maryland left his residence at approximately 6:50 p.m. At approximately 10:00 p.m., Victim 2 returned home to find his rear sliding glass door smashed, every room in the home was thoroughly ransacked, and numerous items were stolen.

11.    The stolen items, totaling approximately $189,820.28, included a variety of high-end watches, designer sneakers and apparel, and varies types of jewelry.

12.    Following Victim 2's burglary, BCPD spoke with Victim 3, another resident of Phoenix, Maryland. A resident of Victim 3's house reported that he was in his bedroom when he

observed three subjects on his rear porch and one in his backyard at approximately 6:40 p.m. Suddenly, the subjects fled the backyard in what appeared to be a dark-colored commercial box truck.

### Victim 4, Lutherville, Maryland

13. On January 28, 2024, at approximately 6:34 p.m., BCPD responded to Victim 4 who reported a burglary in progress in Lutherville, MD. Victim 4 reported he was hiding inside his home and heard intruders talking inside the residence. When BCPD arrived, they observed the rear bedroom window was completely broken. Inside the home BCPD located Victim 4 hiding in his elevator, but not the intruders.

14. The interior of the home appeared to be ransacked and Victim 4's safe was damaged but unopened. The home's video surveillance did not capture the intruders but did capture the sound of breaking glass and the voice of what sounded like a female. Likewise, Victim 4 reported hearing what sounded like a male and a female talking.

### Victim 5, Towson, Maryland

15. On February 3, 2024, at approximately 6:45 p.m., BCPD received a 911 call from Victim 5 in Towson, Maryland. Victim 5 observed suspected burglars on his security surveillance system in his backyard.

16. The suspected burglars were wearing hooded sweatshirts pulled over their heads while crouching and moving slowly through the garden surrounding his home. Officers in a BCPD helicopter responded and observed four hooded individuals running through the backyards and wooded areas of other residences along Victim 5's street. The individuals continued running until a vehicle picked them up and drove away.

17. BCPD officers stopped the vehicle and located Co-Conspirator 1, Co-Conspirator 2, Co-Conspirator 3, Co-Conspirator 4, and the DEFENDANT inside. Everyone except for Co-Conspirator 2, the driver, was wet with muddy shoes and clothing. BCPD searched the vehicle and located, amongst other things, a crowbar, two large screwdrivers/pry bars, six gray and black gloves, rental car agreement papers, a flashlight, and a center punch tool. The individuals to include the DEFENDANT all waived their Miranda rights and, with use of a Spanish interpreter, stated they lived in Florida, did not have a permanent address, and came to Maryland to visit the White House. All the subjects had cell phones in their individual possession. Using the 911 Emergency system to connect to each phone, BCPD identified each phone's individual phone number. Additionally, a BCPD officer observed Co-conspirator 1 use his phone's passcode to unlock his phone and documented the passcode.

II. **Digital Forensic Evidence**

18. In my training and experience, I have learned that cellular service providers have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones they service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. The cell tower closest to a wireless device does not necessarily serve every call made to or from that device. However, cell-site data can provide an approximate location of the cellular telephone at the time it connects to the tower. Accordingly, I executed court authorized search warrants on the suspects' cellphone service providers to obtain their cellular tower records.

19. Likewise, I executed court authorized search warrants on all the suspects' cellular phones. Using Co-conspirator 1's passcode, I accessed all Co-conspirator 1's cellphone data. However, without passcodes for the remaining phones, I was only able to access limited data.

### Internet Search History

20. Co-conspirator 1's cellphone internet search history revealed that he used the Google search engine and Zillow to search for Victim 4's street address approximately fifty-three times between January 12, 2024, and January 28, 2024. Within those searches, Co-conspirator 1 searched for Victim 4's full address thirteen times.

21. Co-conspirator 1 also used the Google search engine and Zillow to search for Victim 1's street address approximately fifty times between January 21, 2024, and January 26, 2024. Within those searches, Co-conspirator 1 searched for Victim 1's full address six times. Victim 4's street address is approximately sixteen miles from Victim 2 and Victim 3's street address and approximately three miles from Victim 1's address.

### Cell-site Data and Cellphone Data

22. On January 25, 2024, Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, and the DEFENDANT's cellular phones connected with cellular towers in Orlando, Florida between 10:06 p.m. and 10:30 p.m. Likewise, location data contained on Co-conspirator 1's phone showed Co-conspirator 1 at Deseo Grande Apartments in Orlando, Florida at approximately 10:00 p.m.

23. At 1:12 a.m., Co-conspirator 1's phone captured IMAGE 1 documenting the DEFENDANT, who I have identified using law enforcement database photographs, entering the front seat passenger side of a vehicle wearing a black polo hoodie pulled over his head.



IMAGE 1

24.     Between 6:34 a.m. and 6:46 a.m. on January 26, 2024, Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, and the DEFENDANT's cellular phones connected with a cellular tower located near "South of the Border[1]" in the State of South Carolina. Likewise, a combination of the location data contained on Co-conspirator 1's phone and IMAGE 2 from Co-conspirator 1's phone documented his arrival at South of The Border at 6:40 a.m.



IMAGE 2

25.     Between 5:04 p.m. and 5:09 p.m. on January 26, Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, and the DEFENDANT's cellular phones connected with towers located in Essex, Maryland.

---

[1] South of The Border is a popular rest stop along near Interstate 95.

7

26. Co-conspirator 1's cellphone contained a screenshot documenting an AirBnb reservation at 1041 Foxridge Lane, Essex, Maryland 21221 from January 26 until January 29, 2024. Business records from Airbnb confirmed those reservation dates for 5 guests. The towers Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, and the DEFENDANT's phones connected to were located near the Airbnb. Co-conspirator 1's phone location data likewise documented his arrival to the Airbnb at 5:06 p.m. Additionally, IMAGE 3, which was captured on the Airbnb's Ring camera surveillance video, shows Co-conspirator 1 entering the AirBnb at approximately 5:09 p.m. wearing clothing consistent with the clothing captured in IMAGE 2 at South of The Border.



IMAGE 3

27. While enroute to Maryland and after their arrival, Co-conspirator 3 sent Co-conspirator 1 addresses to residences near Victim 2's and Victim 3's addresses, the location of the burglaries. At 11:59 p.m. on January 26, Co-conspirator 1 received a message from Co-conspirator 3 containing a Google Maps link to a location on Philpot Road in Phoenix, Maryland approximately 0.2 miles from Victim 2's and Victim 3's addresses.

28. On January 27 at 12:00am, Co-conspirator 3 sent Co-conspirator 1 a message containing a Google Maps link to East Quaker Bottom Road approximately 5 miles from Victim 2's and Victim 3's addresses. Again at 12:00 a.m., Co-conspirator 3 sent Co-conspirator 1 a

message containing a Google Maps link to a location on Beechmere Lane approximately 7 miles from Victim 2 and Victim 3's addresses. At 12:01 a.m., Co-conspirator 3 sent Co-conspirator 1 a message containing a Google Maps link to a location on Torrey C Brown Rail Trail approximately 3.1 miles from Victim 2's and Victim 3's addresses.

29. According to the cell site data, between approximately 6:03 p.m. and 7:27 p.m. on January 27, Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, and the DEFENDANT's cellphones connected to towers near Victim 2's and Victim 3's addresses. Likewise, the location data from Co-conspirator 1's phone showed him in the area of Victim 2's and Victim 3's addresses at 6:18 p.m.

30. Between 6:17 p.m. and 7:14 p.m. Co-conspirator 2 placed six outgoing phone calls to Co-conspirator 3 and started a group call in WhatsApp between Co-conspirator 1, the DEFENDANT, and another individual named "GABIOTA" at 6:13 p.m. It is worth noting that Co-conspirator 2 was the getaway driver when the group was arrested on February 3.

31. While Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, and the DEFENDANT's cell phones connected to towers near Victim 2's and Victim 3's addresses, Co-conspirator 1's phone captured at least two photos of himself and one video of himself and another individual burglarizing Victim 2's home. IMAGE 4 depicts Co-conspirator 1 taking a selfie inside a closet on January 27, 2024, at approximately 7:00 p.m. Victim 2 confirmed IMAGE 4 was taken inside a closet at Victim 2's home. The photo, likewise, captures many of the sneakers Victim 2 reported stolen on January 27, 2024.

9



IMAGE 4

32. Following the burglary, the cellular tower data showed Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, and the DEFENDANT's cellphones reconnecting to cellular towers near the AirBnb between approximately 7:35 p.m. and 7:45 p.m. Likewise, Co-conspirator 1's cellphone data revealed that he sent the message, "Voy a la casita ya" (I am going to the little house now) at 7:33 p.m. to "Amor Mio." (My love).

33. Video surveillance from the Airbnb showed five subjects entering the Airbnb at 7:45 p.m. At 9:38 p.m., Co-conspirator 2 approached the front door of the Airbnb and then returned to the street or parking area. At 9:39 p.m., two individuals entered the lower level of the Airbnb. One of the individuals carried what appeared to be items wrapped in a bed sheet. The first individual dropped what appeared to be shoes, and the second individual picked them up, and both entered the residence.

34. After Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, and the DEFENDANT's cellphones reconnected to towers near the Airbnb, Co-conspirator 1 and Co-conspirator 4's phones captured photographs of property stolen from Victim 2.

35. At 11:15 p.m., Co-conspirator 1's phone captured a Movado watch, apparel, and sunglasses in IMAGE 5 and IMAGE 6. Victim 2 confirmed all the items captured in IMAGE 5 and IMAGE 6 were stolen from his home and the watch and sunglasses were valued at eleven hundred dollars and twelve hundred dollars respectively.



IMAGE 5



IMAGE 6

36. At 11:22 p.m., Co-conspirator 4's phone captured a photo of Co-conspirator 4 taking a selfie while wearing the jewelry shown in IMAGE 7. Victim 2 confirmed all the jewelry, including the gold diamond necklace valued at forty-two thousand dollars, was stolen from his home on January 27.



IMAGE 7

37. At 11:40 p.m., Co-conspirator 1's phone also captured IMAGE 8, a photograph of Co-conspirator 3 eating at a table, presumably, inside the Airbnb.



IMAGE 8

11

38.     On January 28, 2024, the historical cell site data showed Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, and the DEFENDANT's cellphones last connecting to the cell towers near the Airbnb between 9:51 p.m. and 9:57 p.m. It's worth noting that the burglary of Victim 4's home occurred at approximately 6:34 p.m. on the same day.

39.     On January 29 at 4:53 a.m., Co-conspirator 1's phone captured IMAGE 9 depicting Co-conspirator 4 sleeping in the back seat of a vehicle. At 7:30 a.m., Co-conspirator 1's phone contained IMAGE 10, IMAGE 11, and IMAGE 12 depicting Co-conspirator 4, Co-conspirator 2, and Co-conspirator 3 sleeping in the rear passenger compartment of a vehicle.

  

IMAGE 9 · IMAGE 10 · IMAGE 11



IMAGE 12

40.     Likewise, at 5:12 a.m., CO-CONSPIRATOR 1 took a selfie of himself in IMAGE 13 wearing the same Movado watch shown in IMAGE 5 along with rings on his index and ring fingers. Victim 2 confirmed the index finger ring, valued at seven thousand dollars, the ring finger

ring, valued at five thousand dollars, and the Movado watch valued at eleven hundred dollars were all stolen from Victim 2's home on January 27.



41. Between 10:40 a.m. and 10:44 a.m., Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, and the DEFENDANT's phones connected to towers near the border between Florida and Georgia. Finally, between 1:41 p.m. and 1:42 p.m. on January 29 their phones connected to towers near Deseo Grande Apartments in Orlando Florida. Likewise, Co-conspirator 1's cellphone location data showed him arriving at 1:43 p.m.

42. Once in Florida, Co-conspirator 1's phone captured IMAGE 14 and IMAGE 15, which show Co-conspirator 1 on January 29, 2024, at 7:55 p.m. and 11:01 p.m., respectively. The location data associated with IMAGE 14 places Co-conspirator 1 in Orlando, Florida at the time the photos were taken. Victim 2 confirmed IMAGE 14 and IMAGE15 showed Co-conspirator 1 wearing the same forty-two-thousand-dollar necklace identified in IMAGE 7 along with a bracelet valued at seventeen thousand dollars in IMAGE 14. Both items were stolen from Victim 2's home on January 27.

13



43.     IMAGE 16, IMAGE 17, and IMAGE 18 depict Co-conspirator 1 in possession of one necklace, two watches, four rings and a bracelet that Victim 2 confirmed were stolen on January 27. All three photos were taken after Co-conspirator 1 returned to Florida.



44.     On January 30, 2024, the Defendant sent Co-conspirator 1 a message containing IMAGE 19, shown below. Victim 2 confirmed the sneakers captured in IMAGE 19 belong to him and were stolen from his home on January 27.

14



IMAGE 19

15

**CONCLUSION**

45.     The combination of cell-site records, cellphone data, and business records establishes that Co-conspirator 1, Co-conspirator 2, Co-conspirator 3, Co-conspirator 4, and the DEFENDANT conspired to and did travel from Florida to Maryland to steal property via residential burglaries and transport the stolen property from Maryland back to Florida.

46.     Based on the foregoing, I submit there is probable cause to believe that between approximately January 12 and January 29, 2024, within the District of Maryland and elsewhere, GABRIEL ANTONIO GONZALEZ MIRANDA committed a violation of 18 U.S.C. §§ 371 and 2314 (conspiracy to engage in interstate transportation of stolen property).

Respectfully submitted,

_____
Jason Merz
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me by telephone in accordance
With Fed. R. Crim. P. 4.1 and 41(d)(3) on August 28, 2025

_____
The Honorable Charles D. Austin
United States Magistrate Judge
Baltimore, Maryland